FILED

JAN 29 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
EMMET P. ONG (NYBN 4581369)
Assistant United States Attorney

1301 Clay Street, Suite 340-S
Oakland, California 94612-5217
Telephone: (510) 637-3929
Facsimile: (510) 637-3724
E-mail: emmet.ong@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM OBOLONSKYI DISTRICT COURT IN KYIV, UKRAINE IN THE MATTER OF LIUDMYLA PETRIVNA KOZLOVSKA V. PUBLIC ORGANIZATION "STOP CORRUPTION"

Case No. CV 20 80023 MISC.

*EX PARTE* APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)

David L. Anderson, United States Attorney for the Northern District of California, by the undersigned Assistant United States Attorney, Emmet P. Ong, petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing Emmet P. Ong, Assistant United States Attorney, Commissioner for the purposes of obtaining information from Cloudflare, Inc. in the form of a written statement. Certain information has been requested by the Obolonskyi District Court in Kyiv, Ukraine pursuant to a Letter of Request issued by that court in connection with a civil judicial proceeding captioned *Liudmyla Petrivna Kozlovska v. Public Organization "Stop Corruption"*, Foreign Reference Number 756/14307/18.

EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(A)

1

1       The grounds for this *Ex Parte* Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application. A proposed Order is also provided for the convenience of the Court.

DATED: January 29, 2020                              Respectfully submitted,

                                                   DAVID L. ANDERSON
                                                   United States Attorney

                                                   */s/ Emmet P. Ong*
                                                   EMMET P. ONG
                                                   Assistant United States Attorney

                                                   *Attorneys for the United States of America*