DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
EMMET P. ONG (NYBN 4581369)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612-5217
    Telephone: (510) 637-3929
    Facsimile: (510) 637-3724
    E-mail: emmet.ong@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM OBOLONSKYI DISTRICT COURT OF KYIV, UKRAINE IN THE MATTER OF LIUDMYLA PETRIVNA KOZLOVSKA V. PUBLIC ORGANIZATION "STOP CORRUPTION" | Case No. CV 20 80023 MISC. JSC<br><br>[PROPOSED] *EX PARTE* ORDER |

    WHEREAS, the United States, by its counsel, on behalf of the Obolonskyi District Court in Kyiv, Ukraine ("Ukrainian Court"), captioned *Liudmyla Petrivna Kozlovska v. Public Organization "Stop Corruption"*, Foreign Reference Number 756/14307/18, through its Application pursuant to 28 U.S.C. § 1782, is seeking to obtain information from Cloudflare, Inc. ("Cloudflare") in the form of a written statement, for use in connection with a judicial proceeding in the Ukrainian Court; and

    WHEREAS upon review of the Letter of Request issued by the Ukrainian Court, seeking evidence from individuals or entities who may be found within the jurisdiction of this Court for use in said judicial proceedings in Ukraine, and the Court being fully informed in the premises.

[PROPOSED] EX PARTE ORDER

NOW THEREFORE, it is ORDERED AND ADJUDGED, pursuant to the authority contained in Title 28, United States Code Section 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure that Emmet P. Ong, Assistant United States Attorney for the Northern District of California, is hereby appointed Commissioner of this Court, to obtain by subpoena the requested evidence from Cloudflare in the form of a written statement for transmission to the Office of International Judicial Assistance, United States Department of Justice, for transmission to the Obolonskyi District Court in Kyiv, Ukraine in *Liudmyla Petrivna Kozlovska v. Public Organization "Stop Corruption"*; and to do all else that may be necessary for the accomplishment of the purpose of this Order.

IT IS FURTHER ORDERED that the U.S. Department of Justice shall provide Cloudflare in San Francisco, California with a copy of this Order and the accompanying documents.

IT IS SO ORDERED.

DATED:_____

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] EX PARTE ORDER